IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL HARDIN,, #257071, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:10-cv-663-MEF |
| | ) |
| CITY OF TROY PUBLIC WORKS DEPT., *et al.*, | ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 19, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. 29).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED, and that Defendants' Motion for Summary Judgment is GRANTED and that this case is DISMISSED with prejudice in accordance with the Recommendation of the Magistrate Judge.

DONE this the 16th day of September, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE